Amy M. Samberg (NV Bar No. 10212)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, Arizona 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com

Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
E-mail: dtodd@fgppr.com
lgorlin@fgppr.com

*Attorneys for Plaintiffs Liberty Insurance Corporation and LM General Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

LIBERTY INSURANCE CORPORATION, a foreign corporation, and LM GENERAL INSURANCE COMPANY, a foreign corporation,

Plaintiffs,

v.

YVONNE BRODEUR, an individual; JERRY BRODEUR, an individual; ELIAS MENESES.

Defendants.

Case No. 2:19-cv-00457-APG-VCF

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO ELIAS MENESES' MOTION FOR SUMMARY JUDGMENT (ECF No. 19)**

**(First Request)**

Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs Liberty Insurance Corporation and LM General Insurance Company (collectively "Plaintiffs") and Defendants Yvonne Brodeur, Jerry Brodeur ("Brodeurs") and Elias Meneses ("Meneses"), hereby jointly submit this Stipulation to Extend Time for Plaintiffs to Respond to Elias Meneses' Motion for Summary Judgment (ECF No. 19). Meneses filed his Motion for Summary Judgment on August 29, 2019. Pursuant to Local Rule 7-2(b), the deadline to file a Response to the Motion for Summary Judgment is September 19,

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
7020827-1510

2019. Plaintiffs, the Brodeurs, and Meneses hereby agree and stipulate to extend the deadline to respond to Meneses' Motion for Summary Judgment to September 26, 2019.

This is the first stipulation for extension of time to file a Response to the Motion for Summary Judgment. The reason for this request is that Plaintiffs' counsel has been recently handling multiple hearings and depositions and requires additional time to respond. Plaintiffs wish to provide the Court a complete outline of facts and issues.

This Stipulation is made in good faith and is not made for the purposes of delay. The parties agree that no party will be prejudiced by this one-week extension.

Accordingly, the parties agree and stipulate to extend the deadline to respond to Meneses' Motion for Summary Judgment (ECF No. 19) until September 26, 2019. Pursuant to LR 7-2(b), the deadline to file and serve replies shall be extended in accordance to October 10, 2019.

DATED this 17th day of September 2019.

MUELLER & ASSOCIATES, INC.

By: */s/ Craig A. Mueller*
Craig A. Mueller
723 S. 7th Street
Las Vegas, NV 89101

*Attorneys for Defendant Elias Meneses*

DATED this 17th day of September 2019.

BOWEN LAW OFFICES

By: */s/ Jerome R. Bowen*
Jerome R. Bowen
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, NV 89129

*Attorneys for Defendants Yvonne Brodeur and Jerry Brodeur*

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE
Dated: September 17, 2019.