Craig A. Mueller, Esq.
Nevada Bar No. 4703
MUELLER & ASSOCIATES, INC.
723 South Seventh Street
Las Vegas, NV 89101
(702) 382-1200 Ph
(702) 940-1235 Fx
electronic_service@craigmuellerlaw.com
*Attorney for Defendant Elias Meneses*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation, and LM GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br>v.<br>YVONNE BRODEUR, an individual; JERRY BRODEUR, an individual; ELIAS MENESES.<br>Defendants. | Case No. 2:19-cv-00457-APG-VCF<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ELIAS MENESES TO REPLY TO PLAINTIFFS RESPONSE IN OPPOSITION TO ELIAS MENESES' MOTION FOR SUMMARY JUDGMENT (ECF No. 19)** |

**(First Request)**

Pursuant to LR IA 6-1 and LR 7-1, Defendant, Elias Meneses, Plaintiffs, Liberty Insurance Corporation and LM General Insurance Company (collectively "Plaintiffs") and Defendants, Yvonne Brodeur, Jerry Brodeur ("Brodeurs"), hereby jointly submit this Stipulation to Extend Time for Defendant Elias Meneses to Reply to Plaintiffs' Response In Opposition To Elias Meneses' Motion For Summary Judgment (ECF No. 19)

Pursuant to Local Rule 7-2(b), the deadline to file a Reply to Plaintiffs' Response to the Motion for Summary Judgment is October 10, 2019. Plaintiffs, the Brodeurs, and Meneses hereby agree and

- 1 -

stipulate to extend the deadline for Meneses to file a Reply to Plaintiffs' Response to the Motion for Summary Judgment to October 11, 2019.

This is the first stipulation for extension of time for Meneses to file a Reply to Plaintiff's Response to the Motion for Summary Judgment. The reason for this request is that Meneses' counsel has been recently handling multiple hearings and depositions and requires additional time to respond, and counsel's staff had a family emergency necessitating travel out of state. Meneses desires to provide the Court a with complete outline of the facts and legal issues.

This Stipulation is made in good faith and is not made for the purposes of delay. The parties agree that no party will be prejudiced by this one-day extension.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Accordingly, the parties agree and stipulate to extend the deadline for Meneses to file a Reply to Plaintiffs' Response to Meneses' Motion for Summary Judgment (ECF No. 19) until October 11, 2019.

DATED this 3rd day of October 2019.

**MUELLER & ASSOCIATES, INC.**

By: /s/ Craig A. Mueller
Craig A. Mueller
723 S. 7th Street
Las Vegas, NV 89101
*Attorneys for Defendant Elias Meneses*

DATED this 3rd day of October 2019.

**BOWEN LAW OFFICES**

By: /s/ Jerome R. Bowen
Jerome R. Bowen
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, NV 89129
*Attorneys for Defendants Yvonne Brodeur and Jerry Brodeur*

DATED this 3rd day of October 2019.

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ Dylan P. Todd
Dylan P. Todd
Lee H. Gorlin
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
*Attorneys for Plaintiffs Liberty Insurance Corporation and LM General Insurance Company*

Amy M. Samberg
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

*Attorneys for Plaintiffs Liberty Insurance Corporation and LM General Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 10, 2019