# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation, and LM GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br>YVONNE BRODEUR, an individual; JERRYBRODEUR, an individual; ELIASMENESES,<br><br>Defendants. | 2:19-cv-00457-APG-VCF<br>**ORDER** |

This matter has been set for a settlement conference on November 18, 2020, at 10:00 AM. (ECF No. 45).  Due to rising COVID-19 cases, the settlement conference will be conducted by video conference.

Accordingly,

IT IS ORDERED that the settlement conference will be conducted by **video conference at 10:00 a.m., November 18, 2020, before U.S. Magistrate Judge, Cam Ferenbach**.

**It is responsibility of the parties to set-up and coordinate the video conference for the settlement conference**.  Each party may choose to use any video conference software/app to conduct the settlement conference.  The court will conduct simultaneous video conferences with each party during the settlement conference and will need a separate video conference link from each party.

Each party must then send an invitation link for the settlement conference to VCF_Chambers@nvd.uscourts.gov by November 12, 2020.  Each party must contact chambers (702-464-

5540) by November 12, 2020 and be prepared to do a test run of the video conference with chambers on November 13, 2020.

All else as stated in the order setting the settlement conference remains unchanged. (ECF Nos. 41 & 45).

DATED this 5th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE