1
2
3
4
5                              **UNITED STATES DISTRICT COURT**
6                                     **DISTRICT OF NEVADA**
7                                                 ***

8   LIBERTY INSURANCE CORPORATION, a
    foreign corporation, and LM GENERAL
9   INSURANCE COMPANY, a foreign corporation,
                                                       2:19-cv-00457-APG-VCF
                    Plaintiff,                         **ORDER**
10
11  vs.
    YVONNE BRODEUR, an individual;
12  JERRYBRODEUR, an individual;
    ELIASMENESES,
13
                    Defendants.

14      This matter has been set for a video settlement conference on November 18, 2020, at 10:00 AM.
15  (ECF No. 45).  The parties were ordered to set-up and coordinate the video conference for the settlement
16  conference with chambers and that each party must then send an invitation link for the settlement
17  conference to VCF_Chambers@nvd.uscourts.gov by November 12, 2020.  The parties were ordered to
18  contact chambers by November 12, 2020 to coordinate a test run of the video conference with chambers
19  on November 13, 2020.  Confidential settlement briefs were due by 4:00 PM, November 12, 2020.  (ECF
20  Nos. 44, 45, and 46).
21      The court has not received a confidential statement from Defendant Elias Menses or an invitation
22  link for the settlement conference.
23      Accordingly,
24
25

IT IS HEREBY ORDERED that Defendant Elias Menses and his counsel Craig A. Mueller, Esq. must appear in person for the settlement conference set for 10:00 AM, November 18, 2020, in Courtroom 3D.

All other parties' appearances will be by video conference as previously ordered in ECF No. 46.

DATED this 17th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE