JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191; Fax: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR DEFENDANTS*
*YVONNE BRODEUR AND JERRY BRODEUR*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation, and LM GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YVONNE BRODEUR, an individual; JERRY BRODEUR, an individual; ELIAS MENESES.<br><br>Defendants. | Case No. 2:19-cv-00457- APG-VCF |

**STIPULATION TO EXTEND THE DATE FOR DEFENDANTS' TO FILE THEIR RESPONSE TO PLAINTIFFS' OMNIBUS MOTIONS IN LIMINE 1-5 - (ECF 51)**
**(First Request)**

Plaintiffs and Defendants Yvonne and Jerry Brodeur, have stipulated and agreed to an extension of time from January 22, 2021 to January 25, 2021 for Defendants to file their Response to Plaintiffs' Omnibus Motion in Limine 1-5(ECF 51) filed on January 8, 2021. The reasons supporting this stipulation are as follows: Given the unfortunate circumstances associated with COVID-19, Defendants' counsel has invoked limited and remote working conditions for its office due to various staff and attorneys health issues.

///

///

///

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 22nd day of January, 2021.

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq. (NV Bar No. 4540)
Jeffrey W. Chronister, Esq. (NV Bar No. 15194)
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Attorney for Defendants' Yvonne Brodeur and Jerry Brodeur

Dated this 22nd day of January, 2021.

*/s/ Dylan P. Todd, Esq.*
Amy M. Samberg, Esq. (Nevada Bar No. 10212)
Dylan P. Todd, Esq. (Nevada Bar No. 10456)
Lee H. Gorlin, Esq. (Nevada Bar No. 13879)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2200 Paseo Verde Parkway, Suite 280
Las Vegas, NV 89052
Attorneys for Plaintiffs'

## ORDER

IT IS SO ORDERED.

Dated this 26th day of January, 2021.

_____
U.S. DISTRICT COURT JUDGE