# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION and LM GENERAL INSURANCE COMPANY,<br><br>　　Plaintiffs<br><br>v.<br><br>YVONNE BRODEUR, et al.,<br><br>　　Defendants | Case No.: 2:19-cv-00457-APG-VCF<br><br>**Order Denying Post-Trial Motions**<br><br>[ECF Nos. 82, 87, 95] |

Defendants Yvonne and Jerry Brodeur move to alter or amend, or for me to reconsider, the findings and conclusions I entered following the bench trial of this case. ECF Nos. 82, 87. Plaintiff Liberty Insurance Company opposed the motion solely on the ground that I was divested of jurisdiction to consider the motion when the Brodeurs filed a notice of appeal the day after filing their motion. Liberty later moved for permission to supplement its opposition to add substantive responses to the issues raised in the Brodeurs' motion. ECF No. 95.

The Brodeurs have not offered sufficient legal or factual reasons for me to reconsider or alter my findings and conclusions. I deny their motion. And I deny Liberty's motion to supplement as moot.

I THEREFORE ORDER that the Brodeurs' motion to alter or reconsider (ECF Nos. 82, 87) is denied.

I FURTHER ORDER that Liberty's motion to supplement (ECF No. 95) is denied.

DATED this 31st day of May, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE