Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
CLYDE & CO US LLP
7251 West Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128
Telephone: (725) 248-2900
Facsimile: (725) 248-2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us
lee.gorlin@clydeco.us

*Attorneys for Plaintiffs Liberty Insurance Corporation
And LM General Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation, and LM GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>YVONNE BRODEUR, an individual; JERRY BRODEUR, an individual; ELIAS MENESES.<br><br>Defendants. | Case No.  2:19-cv-00457-APG-VCF<br><br>**STIPULATION AND ORDER TO STAY MANDATE** |

On September 12, 2022, the Court issued an Order on Mandate [ECF No. 108]. Pursuant to the Order, the parties are submitting either a stipulation or individual briefs regarding their respective positions as to whether the Court can rely on the trial testimony in deciding the case on remand by October 3, 2022. *Id*.

Since the time of this Order the parties have been engaged in settlement discussions in order to determine whether a resolution can be obtained without the need for further litigation. The parties remain in settlement discussions and are at this point attempting to determine whether alternative dispute resolution is necessary to resolve this matter. As a result, the parties have stipulated, and hereby request, that the Court issue a stay in Order on Mandate so that settlement

discussions can continue. The parties stipulate to stay the Order for thirty (30) days, thereby making the new Order on Mandate deadline November 3, 2022.

Respectfully submitted,

Dated this 29th day of September, 2022.        Dated this 29th day of September, 2022.

**BOWEN LAW OFFICES**                           **CLYDE & CO US LLP**

By: ___/s/ Jerome R. Bowen___                   By: ___/s/ Dylan P. Todd___
Jerome R. Bowen, (NV Bar No. 4540)              Amy M. Samberg (NV Bar No. 10212)
9960 W. Cheyenne, Suite 250                     Dylan P. Todd (NV Bar No. 10456)
Las Vegas, NV 89129                             Lee H. Gorlin (NV Bar No. 13879)

*Attorney for Defendants Yvonne
Brodeur and Jerry Brodeur*                      *Attorneys for Plaintiffs
                                                Liberty Insurance Corporation and LM General
                                                Insurance Company*

## **ORDER**

The above Stipulation **IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
September 30, 2022