Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
CLYDE & CO US LLP
7251 West Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128
Telephone: (725) 248-2900
Facsimile: (725) 248-2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us
lee.gorlin@clydeco.us

*Attorneys for Plaintiffs Liberty Insurance Corporation
And LM General Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation, and LM GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>YVONNE BRODEUR, an individual; JERRY BRODEUR, an individual; ELIAS MENESES.<br><br>Defendants. | **Case No.**  2:19-cv-00457-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO ALTER OR AMEND, FOR RELIEF FROM, AND/ OR RECONSIDERATION OF THE REVISED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR ENTRY OF JUDGMENT OF JANUARY 30, 2023 AND/OR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59(E) AND 60(B)**<br><br>**(First Request)** |

Plaintiffs Liberty Insurance Corporation and LM General Insurance Company, by and through their counsel, Clyde & Co US LLP, and Defendants Yvonne Brodeur and Jerry Brodeur, by and through their counsel, Bowen Law Offices submit this Stipulation and [Proposed] Order to Extend Time to Respond to Defendants' Motion to Alter or Amend, for Relief From, and/or Reconsideration of the Revised Findings of Fact, Conclusions of Law, and Order for Entry of Judgment of January 30, 2023 and/or New Trial Pursuant To Fed. R. Civ. P. 59(E) And 60(B) (herein "Motion").

The parties are attempting to resolve the lawsuit and believe that a settlement is possible within the next couple weeks. In order to facilitate that potential resolution, the parties have agreed

to stay the time to respond to the Motion for 14 days, so that the resources can be conserved and directed towards a case resolution.

Therefore, the parties agree that the new deadline to respond the Motion is **March 27, 2023**.

This is the first request by the parties to extend the time for Plaintiffs to respond the Motion.

Respectfully submitted,

Dated this 3rd day of March 2023.

**BOWEN LAW OFFICES**

By: */s/ Jerome R. Bown*
Jerome R. Bowen, (NV Bar No. 4540)
9960 W. Cheyenne, Suite 250
Las Vegas, NV 89129

*Attorney for Defendants Yvonne Brodeur and Jerry Brodeur*

**CLYDE & CO US LLP**

By: */s/ Dylan P. Todd*
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)

*Attorneys for Plaintiffs
Liberty Insurance Corporation and LM General Insurance Company*

## **ORDER**

The above Stipulation **IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
DATED: March 6, 2023