JEROME R. BOWEN, ESQ.
Nevada Bar No. 004540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191; Fax: (702) 240-5797
twilcox@lvlawfirm.com
*ATTORNEYS FOR DEFENDANTS*
*YVONNE BRODEUR AND JERRY BRODEUR*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation, and LM GENERAL INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YVONNE BRODEUR, an individual; JERRY BRODEUR, an individual; ELIAS MENESES.<br><br>Defendants. | Case No. 2:19-cv-00457- APG-VCF |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE THEIR REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO ALTER OR AMEND, FOR RELIEF FROM, AND/OR RECONSIDERATION OF THE REVISED FINDING OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR ENTRY OF JUDGMENT OF JANUARY 30, 2023 AND/OR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59(E) AND 60(B)**
**(First Request)**

Plaintiffs and Defendants Yvonne and Jerry Brodeur, have stipulated and agreed to an extension of time from April 3, 2023 to April 10, 2023 for Defendants' to file their Reply to Plaintiffs' Response to Defendants' Motion to Alter or Amend, for Relief from, and/or Reconsideration of the Revised Finding of Fact, Conclusions of Law, and Order for Entry of Judgment of January 30, 2023 and/or New Trial Pursuant to FED. R. CIV. P. 59(E) and 60(B) (EFC 122) filed on March 27, 2023.  The reasons supporting this stipulation are as follows: The Parties had negotiations and were hoping to come to a resolution and have not been able to do.  As such, Defendants' counsel requires additional time to have meaningful discussions and file review with

the Defendants to provide the Court a complete outline of facts and issues.  This is the first extension of time requested by the Parties related to this Response (ECF 122)

This is the first extension of time requested by the Parties related to this Reply, which is made in good faith and not for purposes of delay.

Dated this 31st day of March, 2023.                    Dated this 31st day of March, 2023.

*/s/ Jerome R. Bowen, Esq.*                                        */s/ Dylan P. Todd, Esq.*
Jerome R. Bowen, Esq. (NV Bar No. 4540)         Amy M. Samberg, Esq. (Nevada Bar No. 10212)
Jeffrey W. Chronister, Esq. (NV Bar No. 15194)  Dylan P. Todd, Esq. (Nevada Bar No. 10456)
**BOWEN LAW OFFICES**                              Lee H. Gorlin, Esq. (Nevada Bar No. 13879)
9960 W. Cheyenne Avenue, Suite 250              **CLYDE & CO US LLP**
Las Vegas, Nevada 89129                                 7251 W. Lake Mead Boulevard, Suite 430
Attorney for Defendants' Yvonne Brodeur and   Las Vegas, NV 89128
Jerry Brodeur                                                      Attorneys for Plaintiffs'

**ORDER**

IT IS SO ORDERED.

Dated this 4th day of April, 2023.

_____
U.S. DISTRICT COURT JUDGE